IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IHEARTCOMMUNICATIONS, INC., f/k/a CLEAR CHANNEL COMMUNICATIONS, INC., | § § § § § | |
| Plaintiffs, | § § | Civ. A. No. 5:17-CV-00058-DAE |
| v. | § § | |
| CANYON CAPITAL ADVISORS, LLC., et al., | § § § § | |
| Defendants. | § | |

### ORDER ON PLAINTIFFS' MOTION TO REMAND

On this day came on to be considered Plaintiffs' Motion to Remand to State Court. The Court, having considered the evidence and argument of counsel, is of the opinion that said motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that this action is hereby REMANDED to the 150th Judicial District Court of Bexar County, Texas.

Dated:
March 14, 2017

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE