# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

March 14, 2017

Clerk
BEXAR COUNTY DISTRICT COURT
100 Dolorosa, 2nd Floor
San Antonio, TX 78205

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 150th Judicial District Court of Bexar County, Texas, pursuant to an Order entered remanding, by the Honorable David Alan Ezra, District Judge. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-17-CV-058-DAE; Iheartcommunications, Inc. Vs. Canyon Capital Advisors, LLC., et.al.

IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 14th day of March, 2017.

JEANNETTE J. CLACK CLERK

BY: _____

Wayne Garcia, Deputy Clerk